

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Christopher Michael Mastin, Appellant

No. 06-22-00147-CR     v.

The State of Texas, Appellee

Appeal from the 440th District Court of Coryell County, Texas (Tr. Ct. No. 20-26231). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Christopher Michael Mastin, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 13, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk